UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.*, | ) | |
| CHARLES TOMLINSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 3:12-cv-01172 |
| v. | ) | JUDGE SHARP |
| | ) | |
| HCA HOLDINGS, INC., LAWNWOOD | ) | |
| MEDICAL CENTER, INC., ALL ABOUT | ) | **UNDER SEAL** |
| STAFFING, INC., PARALLON WORKFORCE | ) | |
| MANAGEMENT SOLUTIONS, LLC, ABDUL | ) | |
| SHADANI, M.D., SHAKOOR ARAIN, M.D., | ) | |
| and DOES 1 through 25, | ) | |
| | ) | |
| Defendants. | ) | |

**""""""""ORDER GRANTING APPLICATION FOR
AN ORDER PARTIALLY LIFTING THE SEAL
AND AN EXTENSION OF TIME TO CONSIDER INTERVENTION**

Upon consideration of the United States' Application for an order partially lifting the seal

and an extension of time in which to determine whether to intervene in the above-captioned

action pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, and for good cause shown:

**IT IS HEREBY ORDERED** that, at the discretion of the United States, the United

States may disclose and provide a copy of the Complaint, any amended complaints, related

pleadings, or a subset of information contained therein to other parties in order to advance its

investigation of this case, including, but not limited to, (a) any party to or participant in an

investigation being conducted by the United States that addresses similar allegations to those

raised in Relator's Complaint, (b) Defendants and their counsel, including any of their affiliated

entities and their counsel; (c) any future defendants and their counsel who may be added in any

amended complaints; and (d) any state official or agency responsible for monitoring, auditing, investigating and/or prosecuting fraud in state Medicaid programs;

**IT IS FURTHER ORDERED** that the United States shall have until and including July 15, 2013, to notify the Court of its decision regarding intervention;

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by the Court in this Order, until and including July 15, 2013, or until further order of the Court.

_____
KEVIN H. SHARP
United States District Judge